WORMSOR v. METROPOLITAN ST. RY. CO. et al. (Supreme Court, Appellate Division, First Department. June 6, 1902.) Suit for injunction by Isodore Wormsor, Jr., against the Metropolitan Street Railway Company and another. From an order denying a motion to continue an injunction pendente lite (76 N. Y. Supp. 151), plaintiff appeals. Affirmed. E. Ellory Anderson, for appellant. Charles F. Brown, for respondents.

McLAUGHLIN, J. The facts set forth in the papers on appeal in this case are substantially the same as those set forth in the papers on appeal in Content v. Same Defendants (decided herewith) 76 N. Y. Supp. 749; and, for

the reasons given for affirming the order appealed from in that case, the order here appealed from must be affirmed, with $10 costs and disbursements. All concur.